# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JUAN CARLOS RIVERA                                                                    PLAINTIFF
Reg No. 31379-009

V.                                   No. 4:22-CV-626-LPR-JTR

DOES                                                                                   DEFENDANT

## TRANSFER ORDER

On July 5, 2022, Plaintiff Juan Carlos Rivera ("Rivera"), an inmate incarcerated at the Federal Correctional Institution in Yazoo City, Mississippi ("FCI-Yazoo City"), filed a *pro se* § 1983 Complaint. *Doc. 1*. He alleges that Doe Defendants at FCI-Yazoo City are providing him inadequate medical care.

Under 28 U.S.C. § 1391(b), venue is proper in the judicial district where ""a substantial part of the events or omissions giving rise to the claim occurred" or where "any defendant resides." Because the events giving rise to Rivera's claims occurred at FCI-Yazoo City, which is located in the Southern District of Mississippi, the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Southern District of Mississippi.

DATED this 11th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE